[No. 47577-1-I.   Division One.   July 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LEE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03951-1, Terence Lukens, J., entered September 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47668-8-I.   Division One.   July 22, 2002.]

RAYMOND CARR, *Appellant*, v. SUSAN MICHELSON, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 98-2-23919-1, Richard McDermott, J., entered December 10, 1999, and August 28 and November 2, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 47868-1-I.   Division One.   July 22, 2002.]

CAROLYN M. CUNNINGHAM, *Appellant*, v. DARWIN A. BURNS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-09621-5, Ellen J. Fair, J., entered November 30, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Agid, JJ.